NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-363

ROBERT MARSHALL

VERSUS

SULPHUR HOUSING AUTHORITY

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 04-3319
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Marc T. Amy, Judges.

AFFIRMED IN PART; REVERSED IN PART.

Joseph A. Delafield
Attorney at Law
P. O. Box 4272
Lake Charles, LA 70606-4272
(337) 477-4655
Counsel for Defendant/Appellee:
    Sulphur Housing Authority

Robert Marshall
In Proper Person
1111 Mildred St., Lot 4
Sulphur, LA 70663
(337) 309-0994